# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PATRICIA J. SALLIS,
        Plaintiff,

v.                                                            Case No. 07C1091

AURORA HEALTH CARE,
        Defendant.

## DECISION AND ORDER

Plaintiff Patricia J. Sallis, proceeding pro se, has filed this action against defendant Aurora Health Care ("Aurora"), alleging that in terminating her employment as a security officer, Aurora discriminated against her based on her race, sex and age. On October 15, 2008, defendant filed a motion for summary judgment. In response to the motion, plaintiff asked that defendant be compelled to respond to her untimely discovery requests and that she be given additional time to file her response brief. I reluctantly granted plaintiff's request. (See Feb. 18, 2009 Order.) In the same order, I noted that plaintiff had filed documents with the court without including a certificate of service showing that she had served copies on defendant. I warned her that I would ignore any future filings that were not accompanied by a certificate of service.

On May 19 and May 21, 2009, plaintiff filed a number of documents with this court but did not file a certificate of service indicating that they had been served on defendant. Therefore, they will be stricken. I further advise plaintiff that if she files any additional documents with the court without including a certificate of service, I will dismiss this case with prejudice as a sanction for her continuing violation of my orders.

Finally, I note that plaintiff's brief in opposition to defendant's motion for summary judgment and supporting materials, which were due on May 18, 2009, are now overdue. Plaintiff will be given until June 12, 2009 to file her brief and supporting materials. No further extensions will be granted. If plaintiff fails to file her brief and supporting materials by June 12, 2009, I will deem defendant's motion unopposed and will grant it. Defendant's reply brief will be due fifteen days after plaintiff files and serves her opposition brief.

**THEREFORE IT IS ORDERED** that docket entries 56 through 61 are hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that plaintiff must serve and file her brief in opposition to defendant's motion for summary judgment and all supporting materials on or before **June 12, 2009**. If plaintiff's brief and supporting materials are not filed by this date, defendant's motion for summary judgment will be granted. Defendant's reply brief shall be served and filed within **15 days** of the date on which plaintiff files her brief in opposition.

Dated at Milwaukee, Wisconsin, this 28 day of May, 2009.

/s_____
LYNN ADELMAN
District Judge